UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVE YOUNG,

                Plaintiff,

v.                                              Case No. 17-cv-236-pp

NURSE PORTER, *et al.*,

                Defendants.

---

## ORDER DISMISSING CASE

---

On May 8, 2017, the court ordered that no later than the end of the day on May 29, 2017, plaintiff Steve Young either had to pay his initial partial filing fee of $20.51, or file a document explaining why the court should not dismiss his case for failure to pay. Dkt. No. 6. May 29, 2017 has come and gone, and as of the date of this order, the plaintiff has not paid the initial partial filing fee, explained why he has not done so, or communicated with the court in any way.

The court **ORDERS** that the case is **DISMISSED** for failure to pay the filing fee.

Dated in Milwaukee, Wisconsin this 6th day of June, 2017.

                                            **BY THE COURT:**

                                            **HON. PAMELA PEPPER**
                                            **United States District Judge**